IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAYMOND LEE NORCUTT, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-10-4118 |
| | § | |
| JOHN B. FOX, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ON TRANSFER

Raymond Lee Norcutt, Jr., a federal prisoner proceeding *pro se*, brings this action against prison officials who reside in Jefferson County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the United States Penitentiary in Beaumont, where he is confined and which is located in Jefferson County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, this case is TRANSFERRED to the United States District Court for the Eastern District of Texas, Beaumont Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed *in forma pauperis*, (Docket Entry No. 2), and motion for a temporary restraining order, (Docket Entry No. 1), are DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on ___Nov 1___, 2010.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2010\10-4118.a01.wpd